IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON TAYLOR,             )<br>    Petitioner,             )<br>                                   )<br>v.                                )<br>                                   )<br>DANA METZGER, Warden, JTVCC, )<br>and the ATTORNEY GENERAL of )<br>the STATE OF DELAWARE        )<br>    Respondents.         ) | C.A. No. 11-1251-GMS |

## JOINT STATUS REPORT

The parties file this Status Report pursuant to this Court's August 1, 2018 order, for an update of the status of petitioner's postconviction proceeding in the Delaware state courts:

After the completion of postconviction briefing, on June 28, 2018, the Delaware Superior Court denied Taylor's second amended motion for postconviction relief.[1]

Taylor has appealed the denial of his second amended postconviction motion. The appeal is currently pending in the Delaware Supreme Court.

---

[1] *State v. Milton Taylor*, 2018 WL 3199537, at *1 (Del. Super. Jun. 28, 2018).

Respectfully submitted,

| | |
|---|---|
| **EDSON BOSTIC** | **STATE OF DELAWARE** |
| **FEDERAL PUBLIC DEFENDER** | **DEPARTMENT OF JUSTICE** |
| **DISTRICT OF DELAWARE** | |
| | |
| /s/ Janet Bateman | /s/ Elizabeth R. McFarlan |
| Janet Bateman (CA No. 241210) | Elizabeth R. McFarlan (No. 3759) |
| Janet_Bateman@fd.org | elizabeth.mcfarlan@state.de.us |
| Assistant Federal Public Defender | Chief of Appeals |
| | |
| /s/ Tiffani D. Hurst | /s/ Maria T. Knoll |
| Tiffani D. Hurst (MA No. 629858) | Maria T. Knoll (No. 3425) |
| Tiffani_Hurst@fd.org | maria.knoll@state.de.us |
| First Assistant Federal Public Defender | Deputy Attorney General |
| Office of the Federal Public Defender | Carvel State Office Building |
| 800 North King Street, Suite 200 | 820 North French Street, 7th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 573-6010 | (302) 577-8500 |
| | |
| Counsel for Petitioner | Counsel for Respondents |

Dated: August 7, 2018